In the District Court of the United States

NORTHERN DISTRICT OF FLORIDA

Karim Shareef Mateen,
Sui Juris , Plaintiff/Petitioner,
**Movant,**

Versus,

UNITED STATES OF AMERICA

Defendant/Respondent.

In reference to Criminal Case No. TCR 93-04028-001

\* PETITION TO VACATE A VOID JUDGMENT IN REFERENCE TO FEDERAL \*
CIVIL JUDICIAL PROCEDURES AND RULES 60 (b)(4)&(5)

**Before this Honorable Court Nunc venit et decit;** I, Karim Shareef Mateen, hereinafter Plaintiff/Petitioner, by and through this special presentation, respectfully submits this petition to Vacate a Void Judgment in reference to Fed.R.Civil.Pro. Rule 60 (b)(4)&(5), accompanied with Memorandum in Support thereof.

### Notice to the Court

In the Supreme Court ruling of **United States v. CASTRO 290 F.3d 1270, 123 S.Ct. 993 (2003);** it was concluded that the lower District Courts can **no longer** construe a movant's motion for other than what they are meant to be.

Also see, **Henderson v. U.S., 264 F.3d 708 (7th Cir. 2001);** where the court held that "nothing in the AEDPA says that a motion not labeled as a section §2255 motion shall nevertheless be deemed one if one could have been labeled so, accurately".

### DISCLAIMER

All case law, rules and/or codes which are cited within this petition are only used as "principal of law" or "in reference to law" . Petitioner's sole reliance is based upon the fundamental nature of Common-Law and Enacted laws, which are in support thereof.

### J U R I S D I C T I O N

Petitioner invokes the jurisdiction of this court pursuant to FRCP, Rule 60(b)(4)&(5), where it provides that the District Court enjoys the inherent power to grant relief where the the judgment or order is obtained through a fraud on the court.

## STATEMENT OF CASE

On May 11, 1993, the petitioner was charged/indicted with a two count indictment in the Northern District of Florida: One(1)-count of Conspiracy in violation of U.S.C. §841 (b)(1)(a); and Count two(2), Possession W/Intent to Distribute in violation of Title 21 U.S.C. §841 (a) & §841 (b)(1)(a), and Title 18 U.S.C. §2. Petitioner was sentenced to a 300-month prison term along with a 5-year Supervised release provision. (See sentencing transcripts)

### Integrity of the Proceedings

It is unambiguous that in light of the landmark decision in the recent Supreme Court cases... Blakely v. Washignton, 542 U.S. -- 159 L.Ed.2d 403, 124 S.Ct. and United States v. Booker, 125 S.Ct. 738 (2005) that the integrity of the previous proceedings are called into questionable validity. (See Docket Sheet & take your pick)

Movant presently avers that there existed a defect in the integrity of the habeas proceedings that affected the fairness of the habeas proceedings to an extent that a revisitation of the sentence/review of the judgment is warranted pursuant to the foregoing motion under Fed.R.Civ.Pro., 60(b) in the interest of justice.

## ARGUMENT

On January 12, 2005, numbers: 04-104 & 04-105; the Supreme Court of the United States cancelled all Orders in a Criminal Case that caused imprisonment. In short, the 'Supremes' said all the judgments issued under USSG(United States Sentencing Guidelines) were void for violations of the fifth and sixth Amendments.

Congress may not, under any circumstances interfere with judicial discretion. Congress did this when it made mandatory the USSG on the Courts.

This is a Bill of attainder, a violation of Article I §2 & 3 of the Constitution. This is what the court said was a violation, which is called a Bill of Pains and Penalties. These points are shown very clearly in the United States Code used to prosecute any One in the federal courts, and by silence to American Jurisprudence on or as to the Constitution.(see Memorandum)

Being charged under one statute and sentenced under another set of statutes exposes the fact that 'Supervised Release' is not authorized to be tacked on to a sentence of imprisonment. Reference to the Law Dictionaries and Am Jur clarify this issue. There are definitions of probation, parole, imprisonment, restraint of liberty. There is no definition for 'Supervised Release!'

There is no severance clause in the Act of Congress, P.L. 98-473, that mandated the USSG. Supervised Release is not an authorized sentence. Supervised Release is a separate type of restraint of liberty, a different kind of punishment!

## M O T I O N

As it is presently known by the Court, effect of presently controlling law, parole is to be executed by prison officials at approximate time, e.g. immediately, since PL 98-923 as amended is voided as to mandatory notice of act, U.S.S.G., parole is executed under authority of the attorney general, and properly so.

The Executive Branch is the sole holder of power to execute the law, as is exposed in 18 U.S.C. 4210. Differences between parole as executed by the Attorney General and Supervised Release as executed by U.S. District Court, powers confirms; Supervised Release is **not** legally enforceable.

**WHEREFORE**, if indeed this is a court of Law & Justice, the Court must be compelled to acknowledge that the instant case is regarding the aforementioned is beyond the lawful authority of the court and the federal government and move to Vacate the sentence of 5-years Supervised Release against the Movant for lack of subject-matter jurisdiction.

I, Movant, attest that the foregoing facts compiled within my Argument, Motion, and Memorandum in Support, are true, correct and certain, under penalty of perjury and executed **without** "Counsel" and/or the "United States".

Respectfully submitted,

_____
Karim Shareef Mateen

### CERTIFICATE OF SERVICE

I, Karim Mateen, hereby certify that two true and correct copies of the foregoing has been furnished by U.S. Mail for assurance of service to all parties, to the Office of the Clerk on this 5th day of January, 2006.

_____
Karim S. Mateen

State of Alabama      )
                      ) SS.
County of Talladega   )

Subscribed and affirmed to before me this 5 day of January, 2006. Witness my hand and official seal:

_____    4/2009
       N O T A R Y         Comm. Exp. Date

## MEMORANDUM IN SUPPORT
## OF HABEAS CORPUS

One of the most important limits laid out in the Federal Constitution is separation on power. In other words, no branch singly or collectively may encroach on another branch's power. The courts are to declare the law. Courts hold no power to make law or execute law. Those functions are exclusive to Legislature, making law, and executing Law or Process is Executive. Further, the legislative branch, in making law as absolutely barred from removing judicial powers through the laws it promulgates. Just as the executive branch, USDOJ, and all its pieces are barred absolutely from issuing judicial orders, the judicial is barred from acting on its own orders which must be executed exclusively by the executive.

**2**

Now we come to the crux of the issue. The Pre-Sentence Report is prepared by the United States Probation Officer, a division of the Court. Probation is a sentence served under court conditions without imprisonment, under supervision of a probation officer.

**3**

Probation is a sentence in and of itself. Parole, in criminal law, is a condition or conditional release from imprisonment executed outside prison if all the terms and conditions with the person released satisfactorily complying with the conditions. Prison sentence of ten years may be served in any manner set by law.

**4**

As seen above, there are two distinctly different kinds of punishment. Supervised release is not listed in the law dictionaries as are probation and parole. This fact by itself tells us it's a different kind of sentence.

**5**

The key is to understand that the conviction was obtained under a charge carrying a specific penalty. The offense conduct and penalty must be stated by the charging statute in order for them to be valid.

**6**

The foundation of this action is simple logic applied to the fact that supervised release is attached after a conviction, carrying punishment defined and limited by statute. The charging statute or code carries one set of penalties. When the rules change to another statute, the USSG, Sentencing guidelines, this change from criminal statute to civil statute sets the stage for Habeas Corpus application to test the legality of the new kind of sentence added to the punishment after the offense conducted has been found.

**7**

The issue is clear. If one part of law, making mandatory the will of Congress over the judicial, is void, other such incorporated provisions are also unconstitutional. PL 98-473 deleted prior law or sentencing. The October 12, 1984, 98 Stat 1728, effective November 1, 1987, repealed prior sentencing law which contained parole provisions. This means the new law, now declared unconstituional is, replaced by the old law. Constitutional construction states that under these circumstances, the law replaced is considered in effect at the moment the replacing law is invalidated.

## 8

In the context of this application for deliverance from supervised release, the facts are stated in the United States Code representing the public and the law has been stated by the Supreme Court.

    a] PL 98-473 as amended is void in all of its mandatory provisions requiring the court of the United States to act under control of the Congress.

    b] Parole under the replaced laws went into force the moment the Supreme Court declared the USSG unconstitutional, January 12, 2005.

## 9

It is a fact that supervised release is brought before the court by an act of Congress via Pre-Sentence Report claims first presented by the Judicial branch, a violation of the separation of powers doctrine.

    **a)** Title 18 U.S.C. 1987 edition, Chapter 227. Subchapter A-General Provisions, Section 3551 at (b) "Individuals." Individual found guilty (either by plea or trial) of an offense shall be sentenced in accordance with the provisions of Section 3553, to –

        (1) a term of imprisonment....;
        (2) a fine....;
        (3) a term of imprisonment....

## 10

In order for the court to maintain jurisdiction, both subject matter and person, it must have a valid statute under which to act. Jurisdictional claims may not be defaulted, defendant need not to show "cause" to justify his failure to reach such claims. The government must give notice of enhancement prior to taking such action, enhancement being supervised release. Noticed by the Judicial Branch Pre-Sentencing Report, as prepared by the court office, U.S. probation office, is not proper notice. The United States Attorney is sole authorized representative for the United States. Notice via P.S.R. places the court in the executive function of prosecution, bringing the claim, of violation of separation of powers and Bill of Attainder Clause of the Constitution.

## 11

Authority to assign a double punishment on same transaction, same set by fundamental law, same law, to authorize court to act, is barred, which means jurisdiction to issue a double punishment is void, not merely voidable. Proof of these points is of record in every criminal action. The indictment set, absolutely, the punishment available. Any act taken by the court outside the indictment lacks subject matter jurisdiction in the sentencing context, meaning the courts action, and multiple acts under the same indictment as a whole is a single prosecution transaction. Authority for the single transaction, a criminal prosecution, valid or not, is predicted by the indictment, which states all subjects to be applied against the defendant. Addition subject matter, e.g., supervised release or sentencing enhancements, under a new statute, is a separate proceeding. Since January 12, 2005 the sentencing mini trial must comply with the Fifth and Sixth Amendment protections. Prior sentence to supervised release, and in many cases enhancements found by Judicial Officer on judicial claims do not meet Fifth and Sixth Amendments Compliance tests under Booker Apprendi, Jones and other Superior Court Statements.

12

All of the above is predicated on the lawful order for imprisonment being obtained pursuant to full Constitutional delimitations. The fact that the Supreme Court of the United States nullified the foundational law PL 98-473, Oct 12 1984, 98 Stat 1987 et. seq., as amended for noncompliance with Constitutional provisions which verifies that sentences obtained under such void law are a legal non entity, enforceable, invalid, vacated. Constitutional construction does not allow a void, an empty hole with no law in effect. The prior law replaced by a nullified law is in effect at that precise instant, controlling all acts taken under the invalid law, as cited by American Jurisprudence Second at 203 Volume 16A. The courts are not bound to enforce void as initio acts, Painter v. Shalala 97 F3d 1351, Bartlet v. Bowen 886 F2d 695. The courts thereafter have no jurisdiction over the object matter, US v. Baucum 80 F3d 539. Invalidity must be made to appear clearly or plainly, undoubtedly, palpably, convincingly, unmistakenly, inescapably on highly persuasive, clear and convincing, irrefragable evidence, American Jurisprudence Second, Volume 16A, section 200 and Supreme Court findings on facts, conclusion of law decision issued January 12, 2005 Nos; 04-104, 04-105.16A American Jurisprudence, section 199, cites over fifty reports supporting these statements. Section 199 also states a clear usurpation by the legislature of a prohibited power is manifest before a statute can be pronounced unconstitutional and void. Therefore, it is not on mere slightest implication or vague conjecture that the legislature can be said to have transcended its powers and passed legislation that must be considered void as stated in Fleming v. Nestor 363 US 603. Volume 16A at section 203 states "since unconstitutionality dates from, the time of its enactment... in legal contemplation, is as inoperative as if it had never been passed and never existed, that is, void ab initio. Such statute leaves the question that it purports to settle just as it would be had the statute not been enacted." Section 204 Volume 16A states; "But rights acquired under a statute that is adjudged invalid, even though the statute was considered valid by eminent attorneys; public officer and others,(emphasis added) and reliance on a statute which is subsequently declared unconstitutional does not protect one from civil responsibility for an act in reliance there on which would otherwise subject him or her to liability in absence of such statute." And further, Section 207, Volume 16A states, "There are no degrees of constitutionality, so that an act is either constitutional or unconstitutional."

13

As the sentence issued by a court in their execution are solely the responsibility of the executive Branch, and each official is bound to know the law, ignorance being no excuse, it is axiomatic that prison officials knew on January 12, 2005, Supreme Court notice, they were and are required to take corrective measure, they have failed to act.

14

The law prior to 98-473, U.S.S.G., being in effect January 11, 2005, pursuant to Supreme Court notice, means sentence calculations falls under prior law. Title 18 USC Chapter 227 1987 edition. Chapter 311 and others returned to effective application, a controlling law governing sentences.

**NOTE:** This document is argued only due to the fact that an illegally obtained sentence to imprisonment is void ab initio and cannot be executed by any officer of the United States. All rights to litigation, a right to protect oneself, property, and liberty are reserved under the First Amendment Redress of Grievance against the Government, and the Ninth Amendment Reservation to hold all public officials to the higher standards and knowledge of the law, un-delegated rights and privileges guaranteed by the Constitution of the United States. No government branch can authorize an unconstitutional act.

### 15

It is axiomatic that any common person expects compliance with the stated law by public officials who have sworn to uphold same, get paid to do so, receive training in application of duties, are supervised on their acts. In Alonzo Bailey v. State of Alabama, 219 S, Ct., Rept's Ed.250, it was held that "Fraud violates even the most solemn 'contracts' (e.g. a defendant's subject status to criminal prosecution, and conversely, the officials duty to operate under the same law all the time).

### 16

As authority, Mr.Black on Recession and Cancellation, 2 Ed 1, Vol. 1, pp 188, 189, Section 71, "relief may be granted on account of misrepresentation of law or legal rights when there is relation of trust or confidence between parties." And 15 Texas Law Review, pp 133, 134, "But we are one party, who possesses superior knowledge as to law, takes advantage of the other party's ignorance is that respect and intentionally makes misrepresentation concerning the law for purposes of deceiving the other party, and actually succeeds in that respect, he made be held responsible for his conduct," note 2001. being that fraud is usually described as an intentional perversion of truth for inducing another in relevance upon it to part with some valuable thing belonging to him or surrender a right, it is clear from the foregoing pages that:

    A) The sentence of imprisonment was obtained by an unconstitutional act, on authority of the Supreme Court of the United States; Booker enhancements.

    B) The sentence, as issued, contains supervised release provision as part of the term to sentence on authority of the United States Code, same Code used to found the claim;

    C) The sentence to imprisonment is to be administered, executed within the laws of the United States, e.g. United States Code, as representation of same, by the Executive Branch, an exclusive power, on the authority of the United States Constitution and so many case reports, its not possible to list them all.

    D) Imprisonment obtained and continued on non-disclosure of known, relevant material facts, and law, has denied prisoners benefits, privileges and rights guaranteed by law, on authorities, as cited above.

### 17

All officials in receipt of this instrument hold a positive self-executing duty to act on known abuse of the Constitution, statutes and statements in the United States Code. Being that this instrument presents a complaint in the form of a memorandum of facts and law, expeditious reporting to the level of government required to facilitate corrective action is mandatory as an operation of law. Harm and injury, as defined as 18 U.S.C. 1515, and bodily injury, as defined at 18 U.S.C. 1515, in particular, (3), (1), (E) result from the act of non-disclosure.